# Exhibit A



720 University Avenue
Suite 105
Palo Alto CA94301
info@systemtwosecurity.com

September 24, 2024

Aaron Mog

Re:      Employment Offer

Dear Aaron:

It gives me great pleasure to offer you employment with System Two Security, Inc.   As we discussed, you will start on or about September 30, 2024, and the following terms and conditions will apply to your employment:

1. **Position.**  You will be a Field CISO, reporting at this time to Robert Fly, CEO.

2. **Compensation**. Your compensation will be $200,000 per year payable in accordance with the company's normal payroll practices, and subject to applicable tax withholding. Payroll will be paid twice per month on a semi-monthly basis.

    In addition to the base salary, for the first twelve months of your employment you will be eligible to receive variable compensation equal to 5% of the annual contract value for deals that you help close and for which the customer pays the annual fees upfront. For deals that pay over time, you will receive 5% of the first year's contract value when Company gets paid by the customer.

3. **Equity Compensation**. We will recommend to the board of directors that you receive an option to purchase 42,000 shares of common stock at an exercise price equal to the fair market value of our common stock at the time of grant, as determined by the board of directors.  Your shares will be subject to a right of the Company to purchase unvested shares, which right will lapse as the shares vest.  Your shares will vest over a period of four years, with 25% vesting one year from your start date and the remainder vesting monthly thereafter.

    Option grants must be approved by our board of directors, which meets periodically to address such grants.  Your option will not be granted until it has been so approved, but your vesting will start as of your employment start date, regardless of the actual date of grant.  Once approved, we will enter into a Stock Option Agreement that will capture the terms set forth in this paragraph and will supersede this offer letter in all respects with respect to the terms of your option.

    The company may from time to time during your employment make additional stock or option awards, but any such awards will be in the company's sole discretion.  Any additional awards will be subject to the approval of the board of directors, and you will not be entitled to any additional award unless and until we enter into a written agreement (not a verbal promise) providing for such award.

4. **Location and Hours**.  You will work primarily remotely work from IL. You may be required to travel from time to time to fulfill your duties.  The company's normal working hours are from 9:00 am to 6:00 pm Pacific time, Monday through Friday however, as an exempt salaried employee, you will be expected to work additional hours as required by the nature of your work assignments without additional compensation.

Employment Letter
Page 2

5. **Benefits.** You will be eligible to receive other benefits, including health plans, paid time off and the like, if any, that are generally offered to other company employees from time to time, in accordance with the terms of such benefit plans and programs. Such programs are subject to change from time to time in the company's discretion.

6. **At-Will Employment.** Your employment with the company will be on an "at-will" basis, meaning that the terms of your employment are subject to change, your employment is not for a specified period of time and can be terminated by you or the company at any time, with or without cause and with or without notice. The "at will" nature of your employment cannot be changed by an oral agreement and can only be changed by a written agreement signed by the company.

7. **Employee Confidentiality & Inventions Agreement; Proprietary Information**. Your employment is contingent upon your execution of the company's standard Employee Confidential Information & Inventions Agreement, a copy of which is attached. While working for us, you will be expected not to use or disclose any confidential information or trade secrets of any former employer or other person to whom you have an obligation of confidentiality. Rather, you will be expected to use only that information which is generally known and used by persons with training and experience comparable to your own, which is common in the industry or otherwise legally in the public domain, or which is otherwise provided or developed by the company.

8. **Intellectual Property.** By signing this letter, you agree to assign the rights related to any intellectual property that you have generated while working on your recent project in the same area of focus as System Two Security.

9. **No Conflict.** By signing this letter, you confirm that you have no contractual commitments or other legal obligations that would prohibit you from performing your duties for the company.

10. **Verification of Information.** Your employment may be conditioned upon the company's confirmation of information you provided during the recruiting and interview process, as well as a general background check performed by the company to confirm your suitability for employment. You confirm that all information provided that you have provided to the company is true, you give the company permission to investigate your personal and employment history and to contact prior employers or government agencies for information about you. Further, you expressly release the company from any claim or cause of action arising out of the company's verification of such information or conducting the background check.

11. **Immigration Act Compliance.** As a condition of your employment, you will be required to furnish all necessary documentation that will satisfy the requirements of the Immigration Reform and Control Act of 1986. Details as to the required documentation will be provided once your employment begins.

12. **Miscellaneous.** This letter, together with the Employee Confidentiality & Inventions Agreement and the other agreements referenced herein or therein set forth the entire understanding between us and supersede any prior discussions or agreements regarding your employment. There are no terms, conditions, representations, warranties or covenants relating to your employment or any equity interest in the company other than those contained or referred to herein. You acknowledge that the terms of your employment, including your compensation, position, duties, work location or benefits, are subject to change from time to time at the company's discretion. As used in this letter, references to "the company," "we" or "our" refers to System Two Security, Inc. or any affiliated entities as appropriate. This letter will be governed by California law, without regard to conflicts of laws provisions. Disputes relating to your employment will be subject to arbitration as set forth in the Employee Confidentiality &

Docusign Envelope ID: 3791D016-365E-4F32-9580-6135D2D844B9

Employment Letter
Page 3


        Inventions Agreement.  The terms set forth herein shall inure to the benefit of, and be binding upon, the undersigned and their respective successors and assigns.

We, at System Two Security, are delighted to be able to extend you this offer and look forward to working with you. To indicate your acceptance of the Company's offer, please sign and date this letter in the space provided below and return it to me, along with a signed and dated copy of the Employee Confidentiality & Inventions Agreement no later than close of business on September 25, 2024.

Please feel free to call me with any questions.

Sincerely,

**System Two Security, Inc.**

Signed by:

*Robert Fly*

DB0CC374E42843B...

By: _____ Robert Fly _____

Its: _____ CEO _____

Agreed and Accepted by Employee:

DocuSigned by:

*Aaron Mog*

3020A17B8A694DB...

Aaron Mog

Date 9/25/2024 _____