# Exhibit C

Case: 1:26-cv-05540 Document #: 1-3 Filed: 05/13/26 Page 2 of 4 PageID #:27

Home  >  Whois Lookup  >  Detections.ai

**Notice:** Possible deprecation of Whois services after January 28, 2025. | More Info ↓ |

# Whois Record for Detections.ai

## — Domain Profile

| | |
|---|---|
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com/domains/search.aspx?ci=8990<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) +1.4806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 547 days old<br>Created on 2024-11-11<br>Expires on 2026-11-11<br>Updated on 2025-04-02 |
| **Name Servers** | NS-1294.AWSDNS-33.ORG (has 77,171 domains)<br>NS-1895.AWSDNS-44.CO.UK (has 408 domains)<br>NS-204.AWSDNS-25.COM (has 1,240 domains)<br>NS-950.AWSDNS-54.NET (has 22 domains) |
| **IP Address** | 35.163.173.154 is hosted on a dedicated server |
| **IP Location** | 🇺🇸 - Oregon - Boardman - Amazon.com Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02 - Amazon.com, Inc., US (registered May 04, 2000) |
| **IP History** | 80 changes on 80 unique IP addresses over 2 years |
| **Hosting History** | 3 changes on 4 unique name servers over 2 years |

### Whois Record ( last updated on 2026-05-12 )

```
Domain Name: detections.ai
Registry Domain ID: cfa90ee28caa492bb725cc9cb01261f3-DONUTS
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com/domains/search.aspx?ci=8990
Updated Date: 2025-04-02T19:57:26Z
Creation Date: 2024-11-11T23:04:23Z
Registry Expiry Date: 2026-11-11T23:04:27Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
```

```
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: 56e3f5971a74441886c5062f51c26d61-DONUTS
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com, 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 69c77e5e5b7d4c4c827d1a1a028e63fa@domainsbyproxy.com

Registry Admin ID: c7fd4bc3b7374e628f5cbfa9efb9caaf-DONUTS
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com, 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 69c77e5e5b7d4c4c827d1a1a028e63fa@domainsbyproxy.com

Registry Tech ID: 7ddd576b2f27479caa588d504cc2149c-DONUTS
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com, 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 69c77e5e5b7d4c4c827d1a1a028e63fa@domainsbyproxy.com

Name Server: ns-1294.awsdns-33.org
Name Server: ns-950.awsdns-54.net
Name Server: ns-1895.awsdns-44.co.uk
Name Server: ns-204.awsdns-25.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

Case: 1:26-cv-05540 Document #: 1-3 Filed: 05/13/26 Page 4 of 4 PageID #:29



## Tools

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|

| ⬇ Preview the Full Domain Report |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Detections.com | View Whois |
|---|---|
| Detections.net | View Whois |
| Detections.org | View Whois |
| Detections.info | Buy Domain |
| Detections.biz | Buy Domain |
| Detections.us | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2026 DomainTools