# Exhibit D





# detections.ai

Community-Led. AI-Enhanced. Detection-Obsessed.

Computer and Network Security   10K followers   11-50 employees

Follow        **Message**        **Visit website**

**Home**        **About**        **Posts**        **Jobs**        **People**

---

**Page posts**

---

detections.ai
9,506 followers
Visit website
1d • 🌐

We're genuinely excited to be sponsoring **Alex Hurtado**'s Detection Dispatch for the next few weeks, anc ...more

---

detections.ai reposted this

detections.ai
9,506 followers
1w • 🌐

First time at Black Hat Asia and and it was bet than anything we could've imagined. sɢ ...more
From students to practitioners to (

Case: 1:26-cv-05540 Document #: 1-4 Filed: 05/13/26 Page 3 of 4 PageID #:32





11  3 reposts

78  10 comments  6 reposts

○   ○   ○   ○   ○   ○

Show all posts

## Past events



Thu, Mar 12, 2026, 4:00 PM

**DetectCon: Live in Scottsdale**

4 attendees



Tue, Mar 10, 2026, 3:00 PM

**DetectCon: Live in Denver**

5 attendees

Show all events

## Unlock insights on detections.ai

Case: 1:26-cv-05540 Document #: 1-4 Filed: 05/13/26 Page 4 of 4 PageID #:33

## The latest hiring trends

## Growth trends

## Recent hires

### 67%

Employee growth

And more hiring…

 

Yuntao (Marshall) and 2 others

Try Premium for $0

1-month free trial with 24/7 support. Easy to cancel. We'll remind you 7 days before your trial ends.