# Exhibit E





**From:** John Cowgill <john@costanoa.vc>
**Date:** Tuesday, May 5, 2026 at 2:06 PM
**To:** Robert <robert@detections.ai>, Kamesh Raghavendra <kamesh@hivedata.com>
**Subject:** Fwd: detections.ai Asset and Post-Separation Position

John Cowgill

General Partner
Website | LinkedIn

312.216.7653

⌵costanoa

---------- Forwarded message ----------
From: Aaron Mog <aaronmog@gmail.com>
Date:
Tuesday, May 5 2026 at 1:55 PM PDT

Subject: detections.ai Asset and Post-Separation Position
To: "kamesh@hivedata.com" <kamesh@hivedata.com>, John Cowgill <john@costanoa.vc>

John/Kamesh,

I'm writing following my separation to clearly state my position.

2

Before my termination, I repeatedly raised concerns about product execution, customer readiness, and the company's ability to convert detections.ai momentum into enterprise adoption. I strongly disagree with any narrative that frames me as the source of those issues.

From my perspective, the company's primary momentum stems from its go-to-market (GTM) strategy: the community-led motion, industry relationships, advisory board, brand, and market awareness regarding detections.ai. I created and drove much of that work, including providing the brand and domain for S2S to use and helping grow the community to roughly 13,000 participants.

The core problem has been execution. Robert took on direct product/engineering leadership and the team has not reliably delivered basic product readiness. Engineering has also been poorly equipped to engage customers because the product has not consistently supported what GTM is being asked to sell.

I'm also concerned that GTM and customer reality were not represented in the last board meeting, creating a material information gap for the board.

The detections.ai domain and related brand assets are owned by another company, were not part of my employment, and are now integral to the company's product, user base, and go-to-market presence.

I remain a shareholder and would prefer to see the company preserve the value that has been created. At the same time, I am not willing to transfer these assets as part of a standard employee separation agreement.

If the company intends to continue operating on detections.ai, that will require a one-time acquisition under a fair agreement that reflects the asset's strategic importance, current use, user base, and replacement risk.

My goal is a clean, professional resolution that protects value on both sides.

Regards,

Aaron