# Exhibit F

**From:** Aaron Mog <aaronmog@gmail.com>
**Date:** Thursday, May 7, 2026 at 8:14 AM
**To:** Robert <robert@s2s.ai>, kamesh@hivedata.com <kamesh@hivedata.com>, john <john@costanoa.vc>
**Subject:** Follow-up: Separation Terms and detections.ai Domain

You don't often get email from aaronmog@gmail.com. Learn why this is important

System Two Security Board,

It has been almost 48 hours since I outlined my position, and I have not received a response.

I want to reiterate it clearly.

**Employment separation**

- Base severance: $56,250
- Commission: $15,000
- Shares/options: $9,104
- Six months of COBRA coverage
- I retain my company equipment
- Company pays my final approved expenses

This matches what Robert offered and I am prepared to sign a fair separation agreement with reasonable mutual non-disparagement language.

**detections.ai Domain**

The detections.ai domain is owned by a separate legal entity and is not part of my employment separation.

If the company wants to acquire the domain, the purchase price is **$375,000**.

1

I will provide a domain purchase agreement and invoice. Once payment is received, the domain will be released/transferred according to the agreement.

For clarity, the domain is currently continuing to resolve in support of the company's existing operations as a good-faith measure while this issue remains unresolved. The company should not interpret this continued availability as consent, waiver, transfer of rights, or acceptance of any separation terms. Continued reliance on the domain without resolving ownership remains a business and legal risk.

I strongly prefer to resolve this professionally and commercially. If the company intends to dispute ownership, assert rights to the domain, or threaten legal action, please state that position directly so I can route all future communications appropriately.

Thanks,
Aaron