# Exhibit G

**From:** Aaron Mog <aaronmog@gmail.com>
**Date:** Saturday, May 9, 2026 at 2:20 PM
**To:** Robert <robert@s2s.ai>, john <john@costanoa.vc>, kamesh@hivedata.com <kamesh@hivedata.com>
**Subject:** Final notice

You don't often get email from aaronmog@gmail.com. Learn why this is important

System Two Security Board Members,

I'm done waiting for a substantive response.

S2S terminated me, has not resolved the detections.ai issue, and continues to rely on detections.ai for its product, users, brand, community, and GTM motion without addressing ownership of the domain or related brand assets.

That is not acceptable.

The detections.ai domain is owned by a separate legal entity. It was not part of my employment. It will not be transferred to S2S without fair compensation.

At this point, I am no longer interested in negotiating severance as a separate matter. The clean path forward is for S2S to acquire the detections.ai domain and related rights through a one-time commercial purchase.

The cost is $450,000. This price is good until Sunday.

If S2S intends to resolve this commercially, I am prepared to move quickly.

If S2S disputes ownership, claims rights, threatens legal action, or intends to continue without resolution, then say that clearly and immediately. I will treat the matter as a formal dispute, preserve all rights and remedies, and stop treating the company's silence as anything other than an adverse position.

Separately, I need to be able to accurately explain my departure and the status of detections.ai to the community I helped build. I sent a note to the advisors, since I brought them in, and didn't want to ambush them with the news on Monday. I would prefer not to make that same messaging a public

1

disclosure, but I will not allow silence or ambiguity to become the company's strategy.

I am done negotiating with myself. One of you needs to find the reply button or this discussion is over.

-Aaron