# Exhibit H

**From:** Aaron Mog <aaronmog@gmail.com>
**Date:** May 9, 2026 at 11:01:38 AM CDT
**To:** michael.francess@icloud.com, hpomeroy@paypal.com, mbrady1512@gmail.com, ksmith@kts.io, luke@luketucker.com, Jason Zann <jasonzann@gmail.com>, jfslowik@gmail.com, dave@runtime.vc, amanda@cowboy.vc, admsentinel@2tnn4c.onmicrosoft.com, David Wharton <david@davidwharton.net>
**Cc:** John Cowgill <john@costanoa.vc>, kamesh@hivedata.com
**Subject: End of detections.ai**

Team,
So I was fired by Robert on Tuesday. There was no warning or real discussion. I strongly disagree with the decision, which reflects larger issues surrounding leadership, execution, and accountability.

Obviously, I'm deeply disappointed. I put a huge amount of myself into detections.ai - the idea, the community, the brand, the advisory team and the belief that we could turn this into something special.

I'm publicly announcing my departure on LinkedIn this Monday because I need to move forward and find my next role.

Serious unresolved business issues remain regarding my separation and the detections.aidomain/brand. I've tried to resolve those issues professionally, but so far S2S has offered zero communication, responses, or settlement offers. I'm going to try and handle it through the appropriate channels.

I want to be clear: I care about all of you, and none of this is directed at this team. I know all of you are

1



option holders or shareholders, and I would have loved nothing more than to deliver an amazing outcome for everyone.

I'm very frustrated and dissatisfied but I'm very proud of what we created together and grateful to all of you who believed in it.

If you have any questions, I'm always here to talk.

Aaron

**From:** Aaron Mog <aaronmog@gmail.com>
**Date:** Thursday, May 7, 2026 at 8:14 AM
**To:** Robert <robert@s2s.ai>, kamesh@hivedata.com <kamesh@hivedata.com>, john <john@costanoa.vc>
**Subject:** Follow-up: Separation Terms and detections.ai Domain

You don't often get email from aaronmog@gmail.com. Learn why this is important

System Two Security Board,

It has been almost 48 hours since I outlined my position, and I have not received a response.

I want to reiterate it clearly.

**Employment separation**

- Base severance: $56,250
- Commission: $15,000
- Shares/options: $9,104
- Six months of COBRA coverage
- I retain my company equipment
- Company pays my final approved expenses

This matches what Robert offered and I am prepared to sign a fair separation agreement with reasonable mutual non-disparagement language.

**detections.ai Domain**

The detections.ai domain is owned by a separate legal entity and is not part of my employment separation.

If the company wants to acquire the domain, the purchase price is **$375,000**.

I will provide a domain purchase agreement and invoice. Once payment is received, the domain will be released/transferred according to the agreement.

For clarity, the domain is currently continuing to resolve in support of the company's existing operations as a good-faith measure while this issue remains unresolved. The company should not interpret this continued availability as consent, waiver, transfer of rights, or acceptance of any separation terms. Continued reliance on the domain without resolving ownership remains a business and legal risk.

I strongly prefer to resolve this professionally and commercially. If the company intends to dispute ownership, assert rights to the domain, or threaten legal action, please state that position directly so I can route all future communications appropriately.

Thanks,
Aaron

4