# Exhibit D



# detections.ai

Community-Led. AI-Enhanced. Detection-Obsessed.

Computer and Network Security   10K followers   11-50 employees

Follow    Message    **Visit website**    ◯

| **Home** | About | Posts | **Jobs** | People |

◄ ────────────────────────── ►

## Page posts

◯



**detections.ai** ⋯
9,506 followers
Visit website
1d • 🌐

We're genuinely excited to be sponsoring **Alex Hurtado**'s Detection Dispatch for the next few weeks, and ...more

**detections.ai** reposted this

**detections.ai**
9,506 followers
1w • 🌐

First time at Black Hat Asia and and it was bet than anything we could've imagined. sɢ
...more
From students to practitioners to (

Case: 1:26-cv-05540 Document #: 9-4 Filed: 05/13/26 Page 3 of 4 PageID #:108





11  3 reposts

78  10 comments  6 reposts

○  ○  ○  ○  ○  ○

**Show all posts**

## Past events



**Thu, Mar 12, 2026, 4:00 PM**

**DetectCon: Live in Scottsdale**

## 4 attendees



**Tue, Mar 10, 2026, 3:00 PM**

**DetectCon: Live in Denver**

## 5 attendees

**Show all events**

## Unlock insights on detections.ai

(14) DetectionsAI: Overview | LinkedIn

## The latest hiring trends

## Growth trends

## Recent hires

### 67%

Employee growth

And more hiring...



Yuntao (Marshall) and 2 others

**Try Premium for $0**

1-month free trial with 24/7 support. Easy to cancel. We'll remind you 7 days before your trial ends.