**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

System Two Security, Inc.

                    Plaintiff,

v.                                                        Case No.: 1:26–cv–05540
                                                          Honorable John Robert Blakey

Aaron Mog

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 15, 2026:

        MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 5/15/2026. Defendant Aaron Mog appeared pro se. The parties reached a standstill agreement to preserve the status quo pending resolution of this matter in arbitration or otherwise, and spread of record the material terms of their agreement. The Court denies without prejudice the motion for TRO [7] and enters and continues the motion for preliminary injunction [7]. The Court sets an in–person status hearing for 5/29/2026 at 11:00 a.m. in Courtroom 1203. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.