



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SYSTEM TWO SECURITY, INC.,
Plaintiff,

v.

AARON MOG,
Defendant.

Case No. 1:26-cv-5540

DEFENDANT AARON MOG'S PRO SE NOTICE REGARDING DOMAIN OWNERSHIP AND
REQUEST FOR OPPORTUNITY TO RESPOND TO PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER

Defendant Aaron Mog, appearing pro se at this time, respectfully submits this Notice to alert the
Court to an important threshold issue concerning Plaintiff's requested relief.

1. I have made a settlement proposal to Plaintiff in an effort to resolve this matter without
   unnecessary litigation or burdening the Court. I do not wish to waste the Court's time if
   the parties can resolve the dispute commercially. I am appearing pro se only because of
   the emergency nature of Plaintiff's filing, and I intend to have counsel appear if
   necessary.
2. I respectfully request a fair opportunity to respond to Plaintiff's motion for temporary
   restraining order and preliminary injunction before any relief is entered affecting the
   detections.ai domain.
3. I do not personally own the detections.ai domain.
4. The detections.ai domain is owned by MillionMonkeys, LLC, a Delaware limited liability
   company.
5. Attached as Exhibit A is registrar evidence showing the detections.ai domain contact
   information listing MillionMonkeys LLC as the organization associated with the domain.
6. Plaintiff's requested relief appears to seek ownership, transfer, control, or operational
   restrictions relating to the detections.ai domain. Any such relief necessarily implicates
   the rights of the actual domain owner, MillionMonkeys, LLC, which is a separate legal
   entity and is not presently named as a party in this action.
7. I respectfully submit that any request for relief concerning ownership, transfer, or control
   of the detections.ai domain should address the actual domain owner and the legal basis
   for any relief affecting that entity.
8. In light of Plaintiff's decision to initiate emergency litigation while continuing to seek relief
   affecting a domain it does not own, the domain owner has revoked any informal
   permission or accommodation for Plaintiff's continued use of the detections.ai domain
   pending resolution of the ownership dispute. I respectfully submit that this issue cannot

be adjudicated fairly without addressing the rights of the actual domain owner, MillionMonkeys, LLC, which is not currently a party to this action.

9. I dispute Plaintiff's factual and legal allegations, including Plaintiff's characterization of the domain ownership history, but I reserve all arguments, defenses, and responses for a full filing after I have had a reasonable opportunity to obtain counsel and review the filings.

10. Plaintiff's counsel and Plaintiff's CEO have been expressly informed that I do not personally own the detections.ai domain and that the domain is owned by MillionMonkeys, LLC, a Delaware limited liability company. Despite that notice, Plaintiff appears to be seeking emergency relief against me personally that would affect a domain owned by a non-party legal entity.

11. The Plaintiff is attempting to use the threat of emergency injunctive relief to pressure a former employee into surrendering disputed rights and a separately owned domain asset. I respectfully submit that the Court should not allow an employment dispute to be used to adjudicate or impair the rights of a non-party Delaware LLC without notice and a meaningful opportunity to be heard.

Dated: May 14, 2026

Respectfully submitted,

s/ Aaron Mog
Aaron Mog
Defendant, Pro Se
20 Columbus Pkwy, Buffalo Grove, IL 60089
312-684-1820
aaronmog@gmail.com

Exhibit A: Registrar record / domain contact information for detections.ai showing MillionMonkeys LLC as the organization associated with the domain.

