



FILED
5/14/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CVK

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**SYSTEM TWO SECURITY, INC.,**
**Plaintiff,**

**v.**

**AARON MOG,**
**Defendant.**

**Case No. 1:26-cv-05540**
**Judge John Robert Blakey**

## DEFENDANT AARON MOG'S PRO SE OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Defendant Aaron Mog, appearing *pro se* at this time due to the extreme short notice of Plaintiff's emergency filings, respectfully submits this Opposition to Plaintiff System Two Security, Inc.'s ("Plaintiff" or "S2S") Motion for a Temporary Restraining Order ("TRO").

Defendant respectfully requests that the Court deny the emergency TRO, or in the alternative, grant a short continuance so that the actual owner of the disputed asset—a non-party corporate entity—can retain licensed legal counsel to properly defend its property rights.

**I. THE COURT CANNOT ENJOIN A NON-PARTY ASSET, AND DEFENDANT REQUIRES A CONTINUANCE TO OBTAIN CORPORATE COUNSEL.**

Plaintiff's entire Motion rests on the premise that Defendant Aaron Mog personally owns, controls, and is extorting Plaintiff over the domain name `detections.ai`. As demonstrated by the registrar evidence already submitted to this Court (See Exhibit A to Defendant's Pro Se Notice), Defendant does not personally own this domain. The domain is owned by MillionMonkeys, LLC, a Delaware limited liability company.

MillionMonkeys, LLC has not been named as a party to this lawsuit and has not been served. Plaintiff is asking this Court to issue an emergency order restricting the transfer, use, and control of a commercial asset belonging to a separate legal entity without affording that entity due process.

Because MillionMonkeys, LLC is a corporate entity, it cannot be represented *pro se* in federal court; it must be represented by licensed legal counsel. Defendant was only notified of this lawsuit on Wednesday, May 13, 2026. Forty-eight hours is an insufficient amount of time to

secure federal litigation counsel for the LLC. Defendant respectfully requests a short continuance so that MillionMonkeys, LLC can properly retain counsel and respond to Plaintiff's allegations.

**II. PLAINTIFF HAS ADMITTED TO THE PUBLIC AND ITS USERS THAT THERE IS NO "IRREPARABLE HARM" JUSTIFYING AN EMERGENCY ORDER.**

To obtain a TRO, Plaintiff must prove that it faces immediate, irreparable harm before a full hearing can be held. In its Memorandum, Plaintiff claims that without control of the domain, it faces "significant harm to its name, brand, and business" and that the loss of the domain is an immediate emergency. (Pl.'s Memo. at 2, 14).

This is factually untrue. Plaintiff has successfully mitigated its domain issue and is currently operating fully and normally on an alternative domain that Plaintiff controls (`systemtwosecurity.com`). Furthermore, Plaintiff has already notified its entire public following and private user base of this seamless transition.

On May 14, 2026—the day before this hearing—Plaintiff posted an update to its 10,000+ followers on its official LinkedIn page stating: *"For now, you can access the platform here: [www.systemtwosecurity.com](http://www.systemtwosecurity.com). Same platform, same community, same rules, just a different URL."*



detections.ai
Visit website
5h · Edited · 🌐

Hi everyone,

Quick update: we're working through a domain issue with **detections.ai**.

For now, you can access the platform here: **www.systemtwosecurity.com**

Same platform, same community, same rules, just a different URL for the moment.

We'll keep you posted as we make progress and will share an update once the original domain is fully back up.

Thanks for the patience and support.

The **detections.ai** team

**detections.ai**
systemtwosecurity.com

Also on May 14, 2026, Plaintiff successfully sent a mass email communication to its roughly 15,000 active users, directly notifying its customer base that the platform remains fully live and functional at the new URL.



Hi all,

Quick update: the detections.ai site is currently down due to domain issues, and we're working to re-enable access as quickly as we can for our users.

In the meantime, detections.ai continues to be available at systemtwosecurity.com so you can keep working without interruption. We hope to resolve the domain issues as quickly as possible - until then, it's business as usual.

We appreciate everyone's patience and support while we work through this. We'll keep the community posted as we make progress, and we'll let you know the moment things are fully back up.

The detections.ai team

The site is currently live and accessible to all users:



Plaintiff has a fully functioning, operational alternative. Its community has been redirected, and its business is running. There is no business collapse or immediate, irreparable emergency that justifies bypassing the constitutional due process rights of MillionMonkeys, LLC to obtain counsel.

**CONCLUSION**

While Defendant disputes Plaintiff's claims on the merits, Defendant has no intention of destroying or maliciously transferring the domain while this Court determines the proper legal procedure. However, because Plaintiff is actively operating its business without irreparable harm, and because the asset belongs to an unrepresented non-party, Defendant respectfully requests that the Court deny the Motion for a Temporary Restraining Order and grant a short continuance so that MillionMonkeys, LLC may obtain licensed counsel.

Dated: May 15, 2026

Respectfully submitted,

**Aaron Mog**, *Pro Se*

20 Columbus Pkwy Buffalo Grove, IL 60089

312-684-1820

aaronmog@gmail.com