**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

System Two Security, Inc.

      Plaintiff,

v.             Case No.: 1:26–cv–05540
             Honorable John Robert Blakey

Aaron Mog

      Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

  MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 5/29/2026. The Court sets a status hearing before Judge Blakey for 9/24/2026 at 11:00 a.m. in Courtroom 1203. For the reasons stated on the record, the Court denies without prejudice the motion for preliminary injunction [7]. Pursuant to the representations of the parties, the case is referred to Magistrate Judge McShain for the purpose of conducting a settlement conference and discovery supervision. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.