**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

System Two Security, Inc.

                            Plaintiff,

v.                                      Case No.: 1:26–cv–05540
                                      Honorable John Robert Blakey

Aaron Mog

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain to conduct a settlement conference and for discovery supervision [20]. A telephone conference with the Court is set for 06/11/2026 at 9:00 a.m. to discuss the parties' interest in settlement and, if appropriate, set a schedule for the exchange of settlement proposals and a date for the settlement conference. **Counsel primarily responsible for representing the parties must participate in this conference call, and both sides should come prepared to discuss the availability of counsel and decisionmakers in July, August, and September.** The Court will also address logistics for the settlement conference itself, which will likely take place remotely. In advance of the telephone conference, counsel are directed to review Magistrate Judge McShain's Standing Order for Settlement Conferences (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conferences"). Finally, the parties should also be prepared to discuss a schedule for the completion of fact discovery or whether the parties wish to defer discovery while they pursue settlement. To participate in the telephone conference, the dial–in number is 650–479–3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.